IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas and Sherri Dickson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| American Bankers Insurance Company of Florida, | ) ) | |
| | ) | Case No. 1:12-cv-022 |
| Defendants. | ) | |

Before the court is the defendant's motion for attorney Jason M. Verdigets to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jason M. Verdigets has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the defendant's motion (Docket No. 10) is **GRANTED**. Attorney Jason M. Verdigets is admitted to practice before this court in the above-entitled action on behalf of the defendant.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2012.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge